| | | |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | AUSA: Jerome Gorgon<br>Agent: Jennifer Wrobel | Telephone: (313) 226-9100<br>Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Pablo Perez-Magdaleno


FILED
FEB 27 2025
CLERK'S OFFICE
DETROIT

Case No.

Case: 2:25-mj-30084
Assigned To : Unassigned
Assign. Date : 2/24/2025
Description: CMP USA V.
PEREZ-MAGDALENO (DJ)

## ARREST WARRANT

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/D. Jennings
Deputy

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Pablo Perez-Magdaleno,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about February 18, 2025, in the Eastern District of Michigan, Southern Division, Pablo Perez-Magdaleno, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about January 3, 2015, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Date: February 24, 2025

*Issuing officer's signature*

Anthony P. Patti     United States Magistrate Judge
*Printed name and title*

City and state: Detroit, Michigan

### Return

This warrant was received on *(date)* 2-24-2025, and the person was arrested on *(date)* 2-18-2025
at *(city and state)* GIBRALTAR, MI.

Date: 2-25-2025

*Arresting officer's signature*
JENNIFER WROBEL    BPA
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA